UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:21-1956-MCS (MAR)                                    Date:  June 24, 2021

Title:   *Wade Van Petten v. Denis McDonough*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On March 2, 2021, Wade Van Petten ("Plaintiff"), filed a pro se Civil Rights Complaint ("Complaint").  ECF Docket No. ("Dkt.") 1.  On March 3, 2021, a 60 Days Summons was issued regarding the Complaint.  Dkt. 3.  To date, Plaintiff has failed to provide the Court with Proof of Service in compliance with the March 4, 2021, Case Management Order.  See Dkt. 5.

Therefore, Plaintiff is ordered to show cause in writing **on or before July 8, 2021 (14) days** of this Order why this action should not be dismissed under Rules 41(b) and 4(l)-(m) for failure to prosecute or provide the Court with Proof of Service.  See Fed. R. Civ. P. 4(l)-(m), 5(d)(1)(b)(i), 41(b); Dkt. 5 at 1–2.

The Court will consider either of the following two (2) options to be an appropriate response to this OSC:

1. Plaintiff shall provide the Court with Proof of Service; or
2. Plaintiff shall provide the Court with an explanation as to why he has failed to file a Proof of Service and request an extension of time.

Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED.**

                                                                                                    :
                                                                            **Initials of Preparer**    ev