UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-1956-MCS (MAR)                                              Date:  August 26, 2021

Title:   *Wade Van Petten v. Denis McDonough*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On March 2, 2021, Wade Van Petten ("Plaintiff"), filed a <u>pro se</u> Civil Rights Complaint ("Complaint").  ECF Docket No. ("Dkt.") 1.  On July 10, 2021, Plaintiff and Defendant Denis McDonough ("Defendant") filed a Joint Stopulation for Extension of Time to Amend.  Dkt. 13.  On July 13, 2021, this Court extended Plaintiff's deadline to file a First Amended Complaint to August 8, 2021.  Dkts. 15, 16.  To date, Plaintiff has failed to file a First Amended Complaint.

Therefore, Plaintiff is ordered to show cause in writing **within fourteen (14) days** of this Order why this action should not be dismissed under Rule 41(b).  <u>See</u> Fed. R. Civ. P. 41(b); Dkt. 5 at 1–2.

The Court will consider either of the following two (2) options to be an appropriate response to this OSC:

1. Plaintiff shall provide the Court with a First Amended Complaint; or
2. Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint and request an extension of time.

Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |