**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE VAN PETTEN,<br><br>Plaintiff,<br><br>v.<br><br>DENIS MCDONOUGH, Secretary, United States Department of Veterans Affairs,<br><br>Defendant. | Case No. 2:21-cv-01956-MCS-MAR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Motion to Dismiss, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant Denis McDonough and against Plaintiff Wade Van Petten. Plaintiff's Second Amended Complaint is dismissed with prejudice, and Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 20, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1